## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| HARVEY CANTRELL, | : | |
| Plaintiff, | : | |
| vs. | : | CA 21-0042-JB-MU |
| ROBERT WILKIE, U.S. DEPARTMENT OF VETERANS AFFAIRS, | : | |
| | : | |
| Defendant. | | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B) and dated February 3, 2021, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 17th day of February, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

1